**Order entered December 11, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00853-CR

### SELVIN SANTOS-HERNANDEZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-30682-V**

## ORDER

The Court **REINSTATES** the appeal.

On November 24, 2015, we order the trial court to make findings regarding why the reporter's record has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and entitled to proceed without payment for the record; (3) counsel timely requested the record; (4) Robin Washington is the court reporter who recorded the proceedings; (5) Ms. Washington's explanation for the delay in filing the record is that she required hospitalization for health issues; and (6) Ms. Washington stated that she could file the record within thirty days of the December 7, 2015 findings.

We **ORDER** court reporter Robin Washington to file the reporter's record, including all exhibits admitted into evidence, by **JANUARY 12, 2016**.

We **DIRECT** the Clerk to send copies of this order to Robin Washington, substitute court reporter, and to counsel for all parties.


/s/     LANA MYERS
        JUSTICE